United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AARON POWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00073 |
| | § | |
| LUIS GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING BANKRUPTCY JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO WITHDRAW THE REFERENCE**

  Now before the Court is Chief Bankruptcy Judge Eduardo V. Rodriguez's Report and Recommendation regarding Plaintiff's Motion to Withdraw the Reference. [Dkt. 1] Having reviewed the Report and Recommendation and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court. It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that the conclusions in Judge Rodriguez's Report and Recommendation entered as Docket Entry No. 1 are hereby adopted by this Court. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that the reference be immediately withdrawn to adjudicate Plaintiff's wrongful death claim in this Court. The Court intends to refer the 11 U.S.C. § 523(a)(9) claim to Judge Rodriguez for a final adjudication on the merits and entry of a final judgment.

  The Clerk shall send a copy of this Order to all parties of record.

  SO ORDERED August 4, 2025, at McAllen, Texas.

*(signature: Randy Crane)*
Randy Crane
Chief United States District Judge